Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Melinda J. Vizcarra, et al., <br><br> Defendants. | CASE NO. 3:11-cv-01151-SC <br><br> STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS MELINDA J. VIZCARRA and RICARDO VIZCARRA, individually and d/b/a KA LINDA RESTAURANT |

IT IS HEREBY STIPULATED by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendants MELINDA J. VIZCARRA and RICARDO VIZCARRA, individually and d/b/a KA LINDA RESTAURANT, that the above-entitled action is hereby dismissed with prejudice and in its entirety.

///
///
///
///
///
///
///
///

STIPULATION OF DISMISSAL
PAGE 1

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: June 1, 2012

LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

Dated: June 1, 2012

THE LAW OFFICES OF OLUMIDE K. OBAYEMI
By: Olumide K. Obayemi
Attorneys for Defendant
MELINDA J. VIZCARRA and RICARDO VIZCARRA, individually and d/b/a KA LINDA RESTAURANT

IT IS SO ORDERED:

Dated: June 7, 2012

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Samuel Conti]

STIPULATION OF DISMISSAL
PAGE 2

# PROOF OF SERVICE (SERVICE BY FAX & FIRST CLASS MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On June 1, 2012, I served:

**STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS MELINDA J. VIZCARRA and RICARDO VIZCARRA, individually and d/b/a KA LINDA RESTAURANT**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Mr. Olumide K. Obayemi, Esquire          (Attorneys for Defendants)
THE LAW OFFICES OF OLUMIDE K. OBAYEMI
436-14 Street, Suite 1113
Oakland, CA 94612

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on June 1, 2012, at South Pasadena, California.

Dated: June 1, 2012

MARIA BAIRD

///

///

///